**Littler**

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Shawn Matthew Clark
212.497.6840 direct
212.583.9600 main
smclark@littler.com

MEMO ENDORSED

November 25, 2019

The application is ___X___ granted.
___ denied.

Nelson S. Román, U.S.D.J.
Dated: NOV 27, 2019
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (Doc. 50).

**VIA ECF AND FACSIMILE (914-390-4179)**

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Felty v. Regeneron Pharmaceuticals, Inc.*
      Case No. 18-cv-05667 (NSR) (JCM)

Dear Judge Roman:

As counsel for Defendant Regeneron Pharmaceuticals, Inc., we write, in accordance with Rule 1.E of Your Honor's Individual Practices in Civil Cases, to request a brief extension of Defendant's time to file its motion for summary judgment from December 2, 2019 to December 13, 2019. Defendant makes this request because several of its employees who need to review the draft motion before it is filed are unavailable this week due to the Thanksgiving holiday.

This is Defendant's first request for an extension of its time to file a summary judgment motion. Earlier today, counsel for the parties conferred via email, and Plaintiff consented to Defendant's request, and requested that the Court also extend Plaintiff's opposition deadline. The parties agreed on the following revised briefing schedule:

| | |
|---|---|
| December 13, 2019: | Defendant's deadline to file its motion for summary judgment; |
| February 7, 2020: | Plaintiff's deadline to file her opposition to Defendant's summary judgment motion; and |
| February 21, 2020: | Defendants deadline to file its reply. |

In accordance with Your Honor's Individual Practices we enclose a Proposed Revised Briefing Scheduled with Respect to Defendant's Motion for Summary Judgment. We thank the Court for its consideration of this request and the attached proposed order.

Respectfully submitted,

/s/ Shawn Matthew Clark

Shawn Matthew Clark

Enclosure
cc:   All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

littler.com