UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIENNE FELTY,

            Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/18/2021___

No. 18 Civ. 5667 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    Upon a review of the moving papers, it is hereby ordered that pursuant to Local Civil Rule 1.4, Plaintiff's Motion for Monica Welby to Withdraw as Counsel for Plaintiff is hereby GRANTED. The Court notes that Plaintiff continues to be represented by Megan Goddard who has been counsel of record since the filing of this action on June 21, 2018 (ECF No. 1) and Elizabeth Eve Budnitz, who appeared on April 24, 2019 (ECF No. 29.)

Dated:     March 18, 2021
            White Plains, New York

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE