**MEMO ENDORSED**



Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Shawn Matthew Clark
212.497.6840 direct
212.583.9600 main
smclark@littler.com

April 8, 2021

**VIA ECF AND FACSIMILE (914-390-4179)**

Hon. Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Felty v. Regeneron Pharmaceuticals, Inc.*
Case No. 18-cv-05667 (NSR)

Dear Judge Roman:

We represent Defendant Regeneron Pharmaceuticals, Inc. in this action. We write on behalf of all parties, in accordance with Rule 1.E of Your Honor's Individual Practices in Civil Cases, to request a *sine die* adjournment of the April 14, 2021 pre-trial conference and all pre-trial submission deadlines (e.g. the joint pretrial order, motions *in limine*, proposed *voir dire*, etc.).

The parties are actively exploring pre-trial resolution of this matter and are in the process of scheduling mediation through a private mediator. This adjournment is needed to give the parties adequate time to consider potential settlement and engage in a mediation session without conflicting trial preparation deadlines, responsibilities, and fees/costs.

This is the parties' first request for an adjournment of the pre-trial conference and the pre-trial submission deadlines. Assuming the Court grants this request, the parties will advise the Court by letter within three business days of the completion of the mediation session as to whether this matter has settled or whether the matter is ready for a pre-trial conference and submission of the necessary pre-trial documents.

We thank the Court for its consideration of this request and the attached proposed order.

Respectfully submitted,

*/s/ Shawn Matthew Clark*

Shawn Matthew Clark

cc: All counsel of record (via ECF and email)

littler.com

> The parties' joint request to adjourn *sine die* the April 14, 2021 Pretrial Conference and submission of all pretrial documents is granted. The parties are directed to provide the Court with a written status update of the mediation every three (3) months. Clerk of Court requested to terminate the motion (doc. 68).
> Dated: April 8, 2021
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021